FILED

02/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0085

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0085

_____

MICHAEL ANTHONY GOMEZ,

      Petitioner,

  v.

                                    O R D E R

JAMES SALMONSEN, WARDEN,
Montana State Prison,

      Respondent.

_____

Michael Anthony Gomez, through counsel, petitions for a writ of habeas corpus, claiming that his forty-year sentence to the Montana Department of Corrections with twenty years suspended is facially invalid under § 46-18-201(3)(a)(iv)(A), MCA. Upon review of the petition and attachments, the Court deems it appropriate to obtain a response.

IT IS THEREFORE ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to all counsel of record, to the Attorney General, and to counsel for the Department of Corrections.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
February 15 2024